**EX PARTE Donald BISHOP**

CR-14-0236

Court of Criminal Appeals of Alabama.

02/02/2015

Mand. pet. denied

**Eli CRAWFORD IV**

v.

**STATE**

CR-14-0237

Court of Criminal Appeals of Alabama.

02/02/2015

Dismissed

**Natasha HOFFMEISTER**

v.

**CITY OF MADISON**

CR-14-0240

Court of Criminal Appeals of Alabama.

03/06/2015

Dismissed

**EX PARTE Rashad C. LEE**

CR-14-0243

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. denied

**David MALONE**

v.

**ALABAMA DEP'T OF CORR. et al.**

CR-14-0245

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**EX PARTE Shaun A. CARMADELLE**

CR-14-0247

Court of Criminal Appeals of Alabama.

02/19/2015

Mand. pet. denied